## Case No. 17,121.

### WALTER v. PERINE.

[Cited in Beach v. Woodhull, Case No. 1,154. Nowhere reported; opinion not now accessible.]